IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARQUAVIOUS READUS,   Plaintiff,  v.  FLOYD BONNER, JR., ET AL.,   Defendants. | )  )  )  )  )  )  )  )  )   Civ. No. 2:25-cv-02122-SHM-tmp |

**ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO COMPLY WITH COURT ORDER**

On February 3, 2025, Plaintiff Marquavious Readus, booking number 23110208, an inmate at the Shelby County Jail in Memphis, Tennessee, filed a *pro se* civil complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) Plaintiff's *in forma pauperis* affidavit was not accompanied by a certified copy of his trust account statement for the last six months as required by 28 U.S.C. § 1915(a)(2). (*See* ECF No. 2.) The Court ordered Plaintiff to submit either the entire $405 civil filing fee or a current copy of his trust account statement. (ECF No. 4 at PageID 10.) Plaintiff has moved for a 30-day extension of time to comply with the Court's order. (ECF No. 5.)

The Court **GRANTS** Plaintiff's motion for an extension. Plaintiff must file the required trust account statement no later than 30 days from the date of this order.

If Plaintiff fails to comply with this order in a timely manner, the Court will deny leave to proceed *in forma pauperis*, assess the entire $405 filing fee from Plaintiff's trust account without regard to the installment payment procedures, and dismiss the action without further notice pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff is **ORDERED** to notify the Court immediately, in writing, of any change of address. If Plaintiff fails to abide by this requirement or any other requirement of this order, the Court may impose appropriate sanctions, up to and including dismissal of this action, without any additional notice or hearing by the Court.

IT IS SO ORDERED this 18th day of March, 2025.[1]

s/ Tu M. Pham
TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned enters this order pursuant to Administrative Order No. 2025-09.